■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKAMEAK KYSER, Appellant. [937 NYS2d 644]

Present—Scudder, P.J., Smith, Centra, Lindley and Gorski, JJ.